# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| Lisa Wood, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) No. 00-1064-CV-W-2 |
| TA Operating Corporation, d/b/a Travelcenters of America, | ) ) ) ) |
| Defendant. | ) ) |

## CLERK'S ORDER OF DISMISSAL

On the 12th day of April, 2001, the parties herein having filed a Stipulation of Dismissal pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice. Each party to bear their own costs.

AT THE DIRECTION OF THE COURT

Patricia L. Brune, Clerk

**/s/ Rhonda Enss**

By   Rhonda Enss
      Deputy Clerk

Date: April 20, 2001